UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBY SAINT JOHN, and AMY VIERA,

        Plaintiffs,

v.                      Case No. 8:10-cv-1402-T-33MAP

EMERALD COAST CONNECTIONS OF
SAINT PETERSBURG, INC., d/b/a
Shackelton's Folly, DANIEL P.
SORONEN, and WILLIAM P. SORONEN,

        Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Emerald Coast Connections of Saint Petersburg, Inc.'s Suggestion of Bankruptcy (Doc. # 25), which was filed on August 27, 2010.

The corporate defendant in this FLSA case filed a petition for relief under Chapter 7 of the United States Bankruptcy Code under case number 8:10-bk-20634.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED,** and **DECREED:**

This case is **STAYED** and **ADMINISTRATIVELY CLOSED**. No further action will be taken in this case until such time as the bankruptcy court lifts the stay or the stay lapses.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 1st day of September 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record